B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 09–11562**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Roger A Kuhn
  26W194 W. Prestwick
  Winfield, IL 60190–2310

Social Security / Individual Taxpayer ID No.:
  xxx–xx–1565

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                    FOR THE COURT

Dated: <u>July 28, 2009</u>                      <u>Kenneth S. Gardner, Clerk</u>
                                              United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: froman                  Page 1 of 2                  Date Rcvd: Jul 28, 2009
Case: 09-11562                 Form ID: b18                  Total Noticed: 63

The following entities were noticed by first class mail on Jul 30, 2009.
db             Roger A Kuhn,    26W194 W. Prestwick,    Winfield, IL 60190-2310
aty           +Forrest L Ingram,    Forrest L. Ingram, P.C.,    79 W Monroe Street,    Suite 900,
               Chicago, IL 60603-4914
tr            +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
13733134      +Aaron J. Leary,    4916 Hampshire Lane,    Mchenry, IL 60051-8544
13733135      +Affluent Living,    1825 3 Sheena Drive,    Phoenix, AZ 85022-4533
13733136       Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
13733137       Brent Latta,    1331 Cranbrook Circle,    Aurora, IL 60502-1305
13733143      +CM Financial,    2333 Waukegan Road,    Suite 150,    Bannockburn, IL 60015-1563
13733139       Capital One/NuTrend Cabinet Co,    P.O. Box 6492,    Carol Stream, IL 60197-6492
13733140      +Central Arts Building,    c/o American Asset Management,    PO Box 95327,    Palatine, IL 60095-5327
13733141      +Christine Stewart,    832 Ruskin Court,    Schaumburg, IL 60193-3716
13733142      +Cletus O. Reeder,    W1468 Eastwood,    PO # 1010,    Pell Lake, WI 53157-1010
13733144      +Darin R. Norberg,    1613 Knol Avenue,    Mchenry, IL 60050-3631
13733145      +David A. Hornor,    776 Bayberry Drive,    Bartlett, IL 60103-4444
13733146      +David Bueno Mendoza,    2120 Goebert Road, Apt. 206,    Arlington Heights, IL 60005-5227
13733147      +Deborah C. Carata,    135 Autumn Court,    Buffalo Grove, IL 60089-1581
13733148      +Environmental Design,    1406 N. Astor,    Chicago, IL 60610-1615
13733149      +Eugene E. Miehlke,    56 N. Autumn Glen Drive,    Apt. 204,    Harvard, IL 60033-1422
13733150       Fifth Third Bank,    P.O. Box 740778,    Cincinnati, OH 45274-0778
13733151       Fifth Third Bank,    PO Box 630337,    Cincinnati, OH 45263-0337
13733152      +Finch and Barry Properties, LLC,    1305 Wiley Road,    Schaumburg, IL 60173-4343
13733153      +Gerald R. Ditzenberger Jr.,    1427 North Avenue,    Round Lake, IL 60073-2129
13733154      +Grear America Leasing,    625 First Street S.E. Suite 800,    Cedar Rapids, IA 52401-2031
13733155      +Gregg R. Kochanski,    108 Harding Avenue,    Fox River Grove, IL 60021-1010
13733156      +Gregorz M. Ogiba,    2001 East Hopi Lane,    Mount Prospect, IL 60056-1920
13733157     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
               100 W. Randolph St.,    Chicago, IL 60606)
13733159      +Jennifer A Toreja,    202 Grace Street,    Elmhurst, IL 60126-3238
13733160      +Jerzy S. Sawicki,    6805 W. Montrose Ave,    Harwood Heights, IL 60706-1305
13733161      +Jose D. Amaya,    584 Fairway View Drive,    Apt. 21,    Wheeling, IL 60090-3889
13733162      +Jose L. Cortes,    315 East Seegers,    Apt. 101,    Arlington Heights, IL 60005-4056
13733163      +Joseph M. Grover,    202 Alpine Drive,    Lake Zurich, IL 60047-1330
13733164      +Joseph Mientus,    4900 N. Marine Drive, Apt. 407,    Chicago, IL 60640-3961
13733165      +Juan C. Alba,    1273 N. Winslowe Drive,    Unit 303,    Palatine, IL 60074-8521
13733166      +Julio C. Alba,    1273 Winslowe Drive #303,    Palatine, IL 60074-8521
13733167       Kazimierz Poreba,    9811 W Lawrence,    Schiller Park, IL 60176
13733168       Kevin Mack,    102 E. Kenilworth Avenue,    Prospect Heights, IL 60070-1315
13733169       Kirk Kroft,    134 Cutter Lane,    Barrington, IL 60010-1550
13733170       Leoncio Maldonado,    965 Beaver Pond Marengo,    Marengo, IL 60152
13733171      +Mark A Johnson,    4031 Lakeside Drive,    Hanover Park, IL 60133-6020
13733172       Marriott Visa Cardmember Service,    P.O Box 15298,    Wilmington, DE 19850-5298
13733173      +Marvin Herman,    434 West Ontario,    Chicago, IL 60654-7794
13733174      +Matthew A. Johnson,    42540 N. Woodbine Avenue,    Antioch, IL 60002-7346
13733175      +Michael A. Leary,    4916 Hampshire Lane McHenry,    Mchenry, IL 60051-8544
13733176      +Michael M. Soja,    6305 W. Gunninson,    Chicago, IL 60630-2937
13733177      +Michael S. Leary,    4916 Hampshire Lane,    Mchenry, IL 60051-8544
13733178      +Noak and Parker,    1016 E. Northwest Highway,    Mount Prospect, IL 60056-3493
13733179      +Nu Trend,    2680 American Lane,    Elk Grove Village, IL 60007-6208
13733180      +Provident Funding,    1235 North Dutton Avenue, Suite E,    Santa Rosa, CA 95401-4666
13733181      +Rayner & Rinn-Scott, Inc.,    PO Box 362,    Summit Argo, IL 60501-0362
13733182      +Richard J. Doose,    25164 Academy Court,    Lake Villa, IL 60046-5103
13733183      +Richard P. Barker,    2703 N. Kinnicott,    Arlington Heights, IL 60004-2414
13733184      +Ronald W. Schuler,    705 Vertin Blvd.,    Shorewood, IL 60404-7226
13733185      +Russell T. Niedrich,    24444 Aztec Drive,    Lake Villa, IL 60046-9761
13733186      +Stanislaw Rzezinowski,    435 Lear Ct,    Schaumburg, IL 60194-2534
13733187      +Steven A. Kirchen,    222 Oakwood Lane,    Bloomingdale, IL 60108-2121
13733188      +Stone Shop, Inc,    2435 Brickvale Dr,    Elk Grove Village, IL 60007-6810
13733189      +Tim Schmidt,    821 South 11th Ave,    Saint Charles, IL 60174-3234
13733191       US Bank,    P.O. Box 7901702,    Saint Louis, MO 63179-0179
13733190       United Mileage Plus Visa Card Svcs,    P.O. Box 15153,    Wilmington, DE 19886-5153
13733192      +Wojciech Niemiec,    1428 South Chestnut Drive,    Mount Prospect, IL 60056-4520
13733193      +Wujcik Contruction,    8322 N. Lincoln Avenue,    Skokie, IL 60077-2436

The following entities were noticed by electronic transmission on Jul 29, 2009.
tr            +EDI: QDRBROWN.COM Jul 28 2009 21:08:00      David R Brown, ESQ,
               Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,    Suite 330,
               Wheaton, IL 60187-4547
13733136       EDI: BANKAMER2.COM Jul 28 2009 21:08:00      Bank of America,    P.O. Box 15726,
               Wilmington, DE 19886-5726
13733138       EDI: CAPITALONE.COM Jul 28 2009 21:08:00      Capital One,    P.O. Box 105131,
               Atlanta, GA 30348-5131
13733158       EDI: IRS.COM Jul 28 2009 21:08:00      IRS,    Centralized Insolvency Operations,    PO Box 21126,
               Philadelphia, PA 19114
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: froman              Page 2 of 2                Date Rcvd: Jul 28, 2009
Case: 09-11562                 Form ID: b18              Total Noticed: 63
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 30, 2009**                          **Signature:** _Joseph Speetjens_